

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,703-01

### EX PARTE PETER ANDREW TRAIL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 13-18396-A IN THE 252nd DISTRICT COURT
### FROM JEFFERSON COUNTY

*Per curiam*.

**O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of possession of a controlled substance and sentenced to imprisonment for ten years.

After a review of the record, we find that Applicant's grounds one, four and five are dismissed. *See Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004). Applicant's grounds two and three are denied.

Filed: December 13, 2017
Do not publish